UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

GERARD FENN,

      Plaintiff,

- against -

VERIZON COMMUNICATIONS INC.,
CWA LOCAL 1109, and
CWA INTERNATIONAL,

      Defendants.

------------------------------------------------x

Civil Action No.: JUDGE LYNCH

08 CV 2348

MAR 06 2008
U.S. CASHIERS

RULE 7.1 DISCLOSURE

      Amy S. Young, attorney for defendants Communications Workers of America, AFL-CIO and Local 1109 of the Communications Workers of America certifies that, pursuant to Rule 7.1 of the Local Civil Rules for the Southern and Eastern Districts of New York, the following entities are corporate or other parents, subsidiaries, or affiliates of that party, securities or other interests which are publicly held:

                          NONE

Dated: New York, New York
       March 6, 2008

                          Respectfully submitted,

                          By: _____
                             Amy S. Young (AY 5547)
                             CWA Legal Department
                             Attorneys for Defendants
                               CWA and Local 1109
                             275 Seventh Avenue, Suite 2300
                             New York, New York 10001
                             (212) 419-1550 (voice)
                             (212) 419-1555 (facsimile)