UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

GERARD FINN,  :  08 Civ. 2348 (GEL/MHD)

    Plaintiff,

- against -

VERIZON COMMUNICATIONS, COMMUNICATIONS
CWA LOCAL 1109, and
CWA INTERNATIONAL,

    Defendants.

------------------------------------------------------------------x

### CERTIFICATE OF SERVICE

    I, Amy S. Young, certify that on March 7, 2008, I served the Notice of Removal and attachments in the above captioned matter by placing copies of the same in the United States mail, all postage being paid, to:

> Clerk of the Court
> Supreme Court of the State of New York
> County of New York
> 60 Centre Street
> New York, NY 10007
>
> Donald L. Sapir, Esq.
> Attorney for Plaintiff
> Sapir & Frumkin
> 399 Knollwood Road, Suite 310
> White Plains, New York 10603
>
> Scott H. Casher, Esq.
> Edwards, Angell, Palmer & Dodge
> Attorney for Defendant Verizon
> 750 Lexington Avenue
> New York, NY 10022

*Amy S. Young*