Martin W. Aron (MA 2008)
Scott H. Casher (SC 7903)
Edwards Angell Palmer & Dodge LLP
Attorneys for Defendant Verizon N.Y. Inc.
750 Lexington Avenue
New York, NY  10022
212.308.4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GERARD FENN

            Plaintiff,

  -against-

VERIZON COMMUNICATIONS, INC.,
CWA LOCAL 1109, and CWA
INTERNATIONAL

            Defendants.

08 cv 2348 (GEL)(AJP)

**NOTICE OF APPEARANCE**

---

    **PLEASE TAKE NOTICE** that Edwards Angell Palmer & Dodge LLP, by Scott H. Casher, Esq., hereby enters its appearance in the above-entitled action. as counsel for defendant Verizon New York Inc. (improperly sued herein as Verizon Communications, Inc.).

Dated:  April 10, 2008

                                         /s/
                             Martin W. Aron (MA 2008)
                             Scott H. Casher (SC 7903)
                             Edwards Angell Palmer & Dodge LLP
                             Attorneys for Defendant Verizon N.Y. Inc.
                             750 Lexington Avenue
                             New York, New York  10022
                             212.308.4411
                             scasher@eapdlaw.com

To:

Daniel T. Driesen, Esq. (DD 3201)
Sapir & Frumken LLP
Attorneys for Plaintiff
399 Knollwood Road, Suite 310
White Plains, N.Y. 10603
914.328.0366
ddriesen@sapirfrumkin.com

Amy S. Young, Esq. (AY 5547)
Semel, Young & Norum
Attorney for the Communications Workers of America and Local 1109
275 Seventh Avenue, Ste. 2300
New York, N.Y.  10001
212.419.1550
ayoung@cwa-union.org