Martin W. Aron (MA 2008)
Scott H. Casher (SC 7903)
Edwards Angell Palmer & Dodge LLP
Attorneys for Defendant Verizon N.Y. Inc.
750 Lexington Avenue
New York, NY  10022
212.308.4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARD FENN<br><br>    Plaintiff,<br><br> -against-<br><br>VERIZON COMMUNICATIONS, INC., CWA LOCAL 1109, and CWA INTERNATIONAL<br><br>    Defendants. | 08 cv 2348 (GEL)(AJP)<br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Verizon New York Inc. (improperly sued herein as Verizon Communications, Inc.) certifies that Verizon New York Inc. is a wholly owned subsidiary of Verizon Communications Inc., and Verizon Communications Inc.'s stock is publicly traded.

Dated:  April 10, 2008

                /s/
              Martin W. Aron (MA 2008)
              Scott H. Casher (SC 7903)
              Edwards Angell Palmer & Dodge LLP
              Attorneys for Defendant Verizon N.Y. Inc.
              750 Lexington Avenue
              New York, New York  10022
              212.308.4411
              scasher@eapdlaw.com

STM 248162.1

- 2 -

To:

Daniel T. Driesen, Esq. (DD 3201)
Sapir & Frumken LLP
Attorneys for Plaintiff
399 Knollwood Road, Suite 310
White Plains, N.Y. 10603
914.328.0366
ddriesen@sapirfrumkin.com

Amy S. Young, Esq. (AY 5547)
Semel, Young & Norum
Attorney for the Communications Workers of America and Local 1109
275 Seventh Avenue, Ste. 2300
New York, N.Y.  10001
212.419.1550
ayoung@cwa-union.org

- 2 -

STM 248162.1