UNITED STATES DISTRICT COURT  ECF Case
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GERARD FENN,  08 Civ. 2348 (GEL)(AJP)

                Plaintiff,  **NOTICE OF APPEARANCE**

-against-

VERIZON COMMUNICATIONS INC.
CWA LOCAL 1109,
and CWA INTERNATIONAL,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SIRS:**

    **PLEASE TAKE NOTICE** that Sapir & Frumkin LLP has been retained by Plaintiff Gerard Fenn and hereby appears on his behalf in the above-entitled action. Please serve all papers in this action upon the undersigned.

Dated: White Plains, New York      Yours, etc.
      April 10, 2008

                                  **SAPIR & FRUMKIN LLP**

                                  By:   /s/ Donald L. Sapir
                                      Donald L. Sapir (DS 2724)
                                      Attorneys for Plaintiff Gerard Fenn
                                      399 Knollwood Road, Suite 310
                                      White Plains, New York  10603
                                      (914) 328-0366

TO:    Scott H. Casher
        Edwards Angell Palmer & Dodge LLP
        301 Tresser Boulevard
        Stamford, CT 06901
        Attorney for Defendant Verizon Communications, Inc.

Amy S. Young, Esq.
Semel, Young & Norum
275 Seventh Avenue, Suite 2300
New York, New York 10001
Attorney for Defendants CWA Local 1109
 and CWA International

F:\APPLICAT\WP\Fenn, Gerard\Notice.Appearance.DLS.SDNY.04.08.wpd\rlh

## **CERTIFICATE OF SERVICE**

      I hereby certify that I am not a party to this action and am over 18 years of age.  I further certify that on April 10, 2008, a copy of the Notice of Appearance was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system and via e-mail transmission to all parties indicated on the electronic filing receipt including:

        Scott H. Casher
        Edwards Angell Palmer & Dodge LLP
        301 Tresser Boulevard
        Stamford, CT 06901
        Attorney for Defendant Verizon Communications, Inc.
        scasher@eapdlaw.com

        Amy S. Young, Esq.
        Semel, Young & Norum
        275 Seventh Avenue, Suite 2300
        New York, New York 10001
        Attorney for Defendants CWA Local 1109
        and CWA International
        ayoung@cwa-union.org

      Parties may also access this filing through the Court's electronic filing system

                                               /s/ Rachel L. Horton
                                               Rachel L. Horton