UNITED STATES DISTRICT COURT                  ECF Case
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GERARD FENN,                                  08 Civ. 2348 (GEL)(AJP)

                    Plaintiff,                **NOTICE OF APPEARANCE**

   -against-

VERIZON COMMUNICATIONS INC.
CWA LOCAL 1109,
and CWA INTERNATIONAL,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SIRS:**

      **PLEASE TAKE NOTICE** that Sapir & Frumkin LLP has been retained by Plaintiff Gerard Fenn and hereby appears on his behalf in the above-entitled action. Please serve all papers in this action upon the undersigned.

Dated: White Plains, New York            Yours, etc.
       April 10, 2008

                                           **SAPIR & FRUMKIN LLP**

                                           By:   /s/ Daniel T. Driesen
                                                 Daniel T. Driesen (DD 3201)
                                                 Attorneys for Plaintiff Gerard Fenn
                                                 399 Knollwood Road, Suite 310
                                                 White Plains, New York 10603
                                                 (914) 328-0366

TO:    Scott H. Casher
        Edwards Angell Palmer & Dodge LLP
        301 Tresser Boulevard
        Stamford, CT 06901
        Attorney for Defendant Verizon Communications, Inc.

Amy S. Young, Esq.
Semel, Young & Norum
275 Seventh Avenue, Suite 2300
New York, New York 10001
Attorney for Defendants CWA Local 1109
 and CWA International

F:\APPLICAT\WP\Fenn, Gerard\Notice.Appearance.DTD.SDNY.04.08.wpd\rlh

## CERTIFICATE OF SERVICE

      I hereby certify that I am not a party to this action and am over 18 years of age. I further certify that on April 10, 2008, a copy of the Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system and via e-mail transmission to all parties indicated on the electronic filing receipt including:

      Scott H. Casher
      Edwards Angell Palmer & Dodge LLP
      301 Tresser Boulevard
      Stamford, CT 06901
      Attorney for Defendant Verizon Communications, Inc.
      scasher@eapdlaw.com

      Amy S. Young, Esq.
      Semel, Young & Norum
      275 Seventh Avenue, Suite 2300
      New York, New York 10001
      Attorney for Defendants CWA Local 1109
      and CWA International
      ayoung@cwa-union.org

      Parties may also access this filing through the Court's electronic filing system

                                                      /s/ Rachel L. Horton
                                                      Rachel L. Horton